UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT, <br><br> Plaintiff, <br><br> vs. <br><br> COLUMBIA CREDIT SERVICES, INC., *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00703-RSM <br><br> STIPULATION AND ORDER EXTENDING NOTING DATE ON SACOR FINANICAL,INC.'S MOTION TO COMPEL ARBITRATION AND EXTENDING DEADLINE TO FILE RESPONSE |

**STIPULATION**

Plaintiff and Sacor Financial, Inc., by and through their counsel, stipulate to the following and request that the Noting Date on Sacor's Motion to Compel Arbitration [Dkt. # 14] be extended from September 29, 2017 to October 27, 2017, and the response date by Plaintiff to the Motion be extended to October 23, 2017. Plaintiff and Sacor are in settlement negotiations. The extension would allow the parties to see if the settlement can be memorialized. The parties do not anticipate seeking a further extension. The parties jointly request that the Court enter the following Order approving this Stipulation.

Stipulated and respectfully submitted this 25th day of September, 2017.

| LEONARD LAW | HASSON LAW, LLC |
|---|---|
| By: s/ Sam Leonard <br> Sam Leonard, WSBA No. 46498 <br> Attorney for Plaintiff <br> 801 Second Avenue, Suite 1410 | By: s/Jeffrey I. Hasson <br> Jeffrey I. Hasson, WSBA No. 23741 <br> Attorney for Defendant Sacor Financial, Inc. <br> 12707 NE. Halsey Street |

STIPULATION AND ORDER EXTENDING NOTING DATE ON
SACOR FINANICAL,INC.'S MOTION TO COMPEL
ARBITRATION AND EXTENDING DEADLINE TO FILE
RESPONSE - 1
Case No. 2:17-cv-00703-RSM

**HASSON LAW, LLC**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Seattle, WA 98104
Phone: (206) 486-1176
Fax: (206) 458-6028
Email: sam@seattledebtdefense.com

Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

# ORDER

IT IS SO ORDERED. The Noting Date on Sacor's Motion to Compel Arbitration [Dkt. # 14] is extended from September 29, 2017 to October 27, 2017, and the response date by Plaintiff to the Motion is extended to October 23, 2017.

DATED: September 26, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Attorney for Defendant Sacor Financial, Inc.

STIPULATION AND ORDER EXTENDING NOTING DATE ON SACOR FINANICAL,INC.'S MOTION TO COMPEL ARBITRATION AND EXTENDING DEADLINE TO FILE RESPONSE - 2
Case No. 2:17-cv-00703-RSM

HASSON LAW, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124