UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT,<br><br>  Plaintiff,<br><br>vs.<br><br>COLUMBIA CREDIT SERVICES, INC., et al.,<br><br>  Defendants. | Case No.: 2:17-CV-00703-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL SACOR FINANCIAL, INC. ONLY |

### **STIPULATION**

Plaintiff Russell Brandt and defendant Sacor Financial, Inc. ("Sacor") (the parties) by and through their counsel of record, hereby stipulate to the entry of the subjoined Order of Dismissal as to Sacor.

| | |
|---|---|
| s/ Jeffrey I. Hasson<br>Jeffrey I. Hasson, WSBA#23741<br>Hasson Law, LLC<br>Attorneys for Defendant Sacor<br>Dated: January 2, 2018 | s/ Sam Leonard<br>Sam Leonard, WSBA #46498<br>Leonard Law<br>Attorney for Plaintiff<br>Dated: January 2, 2018 |

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 2:17-CV-00703-RSM

HASSON LAW, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\martinez\brandt 17-703 dsm.docx

**ORDER**

NOW, THEREFORE, it is hereby

ORDERED that the plaintiff's individual claims against defendant Sacor should be and hereby are DISMISSED WITH PREJUDICE, and without costs or attorney fees to any party.

Dated: January 2, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Hasson Law, LLC
Attorneys for Defendant Sacor

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:17-CV-00703-RSM

**HASSON LAW, LLC**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\martinez\brandt 17-703 dsm.docx