UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA CREDIT SERVICES, INC., a Delaware Corporation, WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658, and SACOR FINANCIAL, INC., a California Corporation,<br><br>Defendants. | Case No. C17-703RSM<br><br>ORDER TO SHOW CAUSE RE: BANKRUPTCY STAY |

Trial was set to begin in this matter today, June 11, 2018. At 3:26 P.M. on June 8, 2018, the Court received an email from James Dickmeyer, counsel for Defendant Jason Woehler, stating that Mr. Woehler had just filed for Chapter 13 bankruptcy in the Western District of Washington. Mr. Dickmeyer attached a copy of the Notice of Bankruptcy Case Filing, indicating that the filing had occurred nine minutes earlier, at 3:17 P.M. The Court subsequently called off the trial so as to avoid inconveniencing potential jurors and the parties. The Court has received no other communications from the parties.

ORDER TO SHOW CAUSE RE: BANKRUPTCY STAY - 1

Given all of the above, the Court hereby ORDERS that the parties SHOW CAUSE **no later than noon on Wednesday, June 13, 2018,** why the instant action should not be stayed as a result of the filing of Defendant Woehler's bankruptcy. The Court further requests the parties explain how a stay would affect claims against Defendant Wales and Woehler, Inc., P.S.

Local Civil Rule 89 requires a party who has filed for bankruptcy to notify the Court by filing a Notice of Bankruptcy Filing within three days. Defendant Woehler must still comply with this Local Rule in addition to responding to this Order to Show Cause.

DATED this 11 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE