UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT,<br><br>      Plaintiff,<br><br>    vs.<br><br>COLUMBIA CREDIT SERVICES, INC., a Delaware Corporation, WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658, and SACOR FINANCIAL, INC., a California Corporation,<br><br>      Defendants, | No. 2:17-cv-00703-RSM<br><br>DEFENDANT WOEHLER'S RESPONSE TO SHOW CAUSE |

TO:       Russell Brandt, Plaintiff

AND TO:    SaraEllen Hutchison and Sam Leonard, Attorneys for Plaintiff

COMES NOW Jason L Woehler and responds to the Court's Show Cause Order regarding a stay of proceedings as follows:

Woehler agrees that proceeding in this matter as against the corporate entity, Wales & Woehler, Inc. ("W &W"), would be contrary to the interests of judicial economy. W & W was wound down upon Woehler's engagement in employment as in-house counsel with two collection agencies. During the period of time wherein the actions that are the subject of this lawsuit arose, Woehler was the sole owner and shareholder (and employee of) W & W. As

SHOW CAUSE RESPONSE - 1

such, litigating against W & W separate from Woehler would be duplicative, and also would have the net effect of depriving Woehler of exercising his rights in the bankruptcy court as Woehler would likely be taxed with whatever finding or judgment this Court entered against W & W while his bankruptcy proceedings are pending.

Woehler does not object to the plaintiff's proposed Order.

DATED this 13th of June, 2018.

By: /s Jason Woehler
Jason Woehler, WSBA No. 27658
Attorneys for Defendants

2245 152nd Ave NE
Redmond, WA 98052
(206) 390-0230
jlwoehler@aol.com

SHOW CAUSE RESPONSE - 2