UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT,<br><br>           Plaintiff,<br>v.<br><br>COLUMBIA CREDIT SERVICES, INC., a Delaware Corporation, WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658, and SACOR FINANCIAL, INC., a California Corporation,<br><br>           Defendants. | NO. 2:17-cv-00703-RSM<br><br>**ORDER STAYING CASE** |

## **ORDER**

BEFORE THE COURT is this Court's order to the parties to Show Cause as to why this matter should not be stayed because Defendant Jason Woehler filed for Chapter 13 bankruptcy in *In re Woehler*, Case No. 18-12299-CMA. Dkt. Nos. 39-40. This Court, having considered the Pleadings filed herein, hereby ORDERS that:

1. This matter shall be stayed pending the outcome of Plaintiff's forthcoming Motion for Relief from Stay in *In re Woehler*, Case No. 18-12299-CMA.

ORDER STAYING CASE        1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

2. Plaintiff shall notify the Court promptly of the outcome of Plaintiff's Motion for Relief from Stay in *In re Woehler*, Case No. 18-12299-CMA so that the Court may reschedule the trial.

IT IS SO ORDERED.

DATED: June 13, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*Attorneys for Plaintiff:*

 s/ *SaraEllen Hutchison*
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
E-mail: saraellen@saraellenhutchison.com

 s/ *Sam Leonard*
Sam Leonard, WSBA No. 46498
Leonard Law
801 Second Avenue, Suite 1410
Seattle, Washington 98104
sam@seattledebtdefense.com
Telephone: (206) 486-1176
Facsimile: (206) 458-6028