THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUSSELL BRANDT,<br><br>      Plaintiff,<br> v.<br><br>COLUMBIA CREDIT SERVICES, INC., a Delaware Corporation, WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658, and SACOR FINANCIAL, INC., a California Corporation,<br><br>      Defendants. | Case No. 2:17-cv-00703-RSM<br><br>NOTICE OF RELIEF FROM STAY AND REQUEST TO NOTE AND PROCEED TO TRIAL |

## I. NOTICE OF RELIEF FROM STAY

On June 8, 2018, Defendant Jason Woehler ("Woehler" or "Debtor") filed for Chapter 13 bankruptcy in the Western District of Washington invoking the automatic stay of 11 U.S.C. §362(a) as to all claims against him. *In re Woehler*, Case No. 18-12299-CMA ("*In re Woehler*"), Dkt. #1. On June 13, 2018, this Court ordered this action stayed pending the outcome of Plaintiff's forthcoming Motion for Relief from Stay in *In re Woehler*, Dkt. #43. On July 5, 2018, an order was entered in *In re Woehler*, on stipulation of the parties, granting Plaintiff relief from stay to proceed to trial in this matter. *See In re Woehler*, Dkt. 21, attached hereto as Exhibit A. The relief from stay was granted for the limited purpose of fixing Plaintiff's damages. *Id.* Per the parties' stipulation, the bankruptcy court's order goes into effect

NOTICE OF RELIEF FROM STAY AND REQUEST TO NOTE AND PROCEED TO TRIAL (2:17-CV-00703-RSM) - 1

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028

on the earlier of 21 days after entry of the order or July 18, 2018. Thus, the order for relief from stay is effective on July 18, 2018.

## I. REQUEST TO NOTE AND PROCEED TO TRIAL

"[A]s a general rule the automatic stay of [11 U.S.C.] § 362(a) protect[s] only the debtor, property of the debtor, or property of the estate." *Chugach Timber Corp. v. N. Stevedoring & Handling Corp. (In re Chugach Forest Prods.),* 23 F.3d 241, 246 (9th Cir. 1994). "The decision whether to grant or deny stay relief is within the broad discretion of the bankruptcy court." *In re Plumberex Specialty Products, Inc.,* 311 B.R. 551, 558 (Bankr. C.D. Cal. 2004). "Creditors may obtain relief from stay if their interests would be harmed by continuance of the stay." *In re Kronemyer,* 405 B.R. 915, 921 (9th Cir. BAP 2009).

Plaintiff's counsel has conferred with Defendant Woehler's bankruptcy counsel on the parties' availability for trial. The dates of unavailability of the parties between July 19, 2018 and December 31, 2008 are as follows:

> 7/19/2018
>
> 7/20/2018
>
> 7/23/2018
>
> 7/26/2018 – 7/30/2018
>
> 8/1/2018
>
> 8/10/2018
>
> 8/16/2018
>
> 8/27/2018 – 8/31/2018
>
> 10/24/2018 – 10/26/2018

NOTICE OF RELIEF FROM STAY AND REQUEST TO NOTE AND PROCEED TO TRIAL (2:17-CV-00703-RSM) - 2

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028

## II. CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court set trial dates.

Dated this 10th day of July, 2018.

        S//SaraEllen Hutchison
        SARAELLEN HUTCHISON (WSBA #36137)
        Law Office of SaraEllen Hutchison, PLLC
        2367 Tacoma Avenue South
        Tacoma, WA 98402
        Telephone: (206) 529-5195
        Facsimile: (253) 302-8486
        Email: saraellen@saraellenhutchison.com

        S//Samuel Leonard
        SAMUEL LEONARD (WSBA #46498)
        Leonard Law
        1001 4th Ave. #3200
        Seattle, WA 98154
        Ph. 206.486.1176
        Fx. 206.458.6028
        sam@seattledebtdefense.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

A copy was also emailed to James Dickmeyer, Jason Woehler's bankruptcy counsel, at jim@jdlaw.net.

Dated this 12th day of June, 2018 at Tacoma, Washington.

        S//SaraEllen Hutchison
        SARAELLEN HUTCHISON (WSBA #36137)

NOTICE OF RELIEF FROM STAY AND REQUEST TO NOTE AND PROCEED TO TRIAL (2:17-CV-00703-RSM) - 3

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 TACOMA AVENUE SOUTH | TACOMA, WA 98402
PH (206) 529-5195 | FAX (253) 302-8486

**Leonard Law**
1001 4TH AVE, SUITE 3200, Seattle, WA 98154
Ph (206) 486-1176 F (206) 458-6028