1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

RUSSELL BRANDT,

8
                           Plaintiff,                    Case No.   C17-703RSM

9
               v.
                                                         ORDER
10
WALES & WOEHLER, INC., P.S., a
Washington Corporation, and JASON L.
11
WOEHLER, WSBA Number 27658,

12
                           Defendants.

13
        The Court will allow the following attorneys and their staff to bring water and lunch into the

14
courthouse for the jury trial scheduled to begin September 17, 2018:

15
               SaraEllen Hutchison
               Samuel Leonard
16
               Jason Woehler

17
        DATED 13th day of September, 2018.

18
19
20
                                          RICARDO S. MARTINEZ
21
                                          CHIEF UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

SCHEDULING ORDER - 1