**BRANDT v. JASON WOEHLER; WALES & WOEHLER**
**C17-703RSM**

**TRIAL EXHIBITS**

| EXHIBIT NO. | DATE | OBJECTION/ADMITTED? |
|---|---|---|
| **PLAINTIFFS' EXHIBITS:** | | |
| 3, 4 | 9/17/18 | Offered; no obj - ADMITTED |
| 5 | 9/18/18 | Offered (bench trial); obj- overruled - ADMITTED |
| 6, 7, 8, 9, 10, 11, 12, 13 | 9/17/18 | Offered; no obj - ADMITTED |
| 18, 19 | 9/17/18 | Offered; no obj - ADMITTED |
| 25 | 9/17/18 | Offered; no obj - ADMITTED |
| 28, 29 | 9/17/18 | Offered; no obj - ADMITTED |
| 32 | 9/18/18 | Offered (bench trial); obj- overruled - ADMITTED |
| 33, 34, 35 | 9/17/18 | Offered; no obj - ADMITTED |
| 39 | 9/17/18 | Offered; no obj - ADMITTED |
| 40, 41, 42, 43, 44 | 9/18/18 | Offered (bench trial); obj- overruled - ADMITTED |
| | | |
| | | |
| | | |