UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL BRANDT,

    Plaintiff,

v.

WALES & WOEHLER, INC., P.S., a Washington Corporation, JASON L. WOEHLER, WSBA Number 27658,

    Defendants.

Case No. 17-703RSM

**VERDICT FORM**

We the jury, provide the following answers to the questions submitted by the Court:

QUESTION NO. 1:

What sum of money will reasonably and fairly compensate Plaintiff for his injury to business or property caused by Defendants' violation of the Consumer Protection Act?

$ 10,050.00

QUESTION NO. 2:

What sum of money will fairly compensate Plaintiff for economic damages caused by Defendant's violation of the Fair Debt Collection Practices Act? Do not include damages already included in the award above.

$ 1,702.00

QUESTION NO. 3:

What sum of money will reasonably and fairly compensate Plaintiff for his non-economic damages caused by Defendants' violation of the Fair Debt Collection Practices Act?

$ 150,000.00

Presiding Juror, please date and sign this Verdict Form.

Dated this 18 day of September, 2018.

                                            Presiding Juror

Jury Verdict Form - 1